# **EXHIBIT A**

| | | |
|---|---|---|
| **FARING CAPITAL** | | |
| Carbon Property Group, LLC | RGN-Malibu I, LLC | 22809 Pacific Coast Highway, Malibu, CA |
| **GAW CAPITAL PARTNERS** | | |
| GC Columbia LLC | RGN-Seattle VIII, LLC | 701 Fifth Avenue, Columbia, Tower, Suite 4200, Seattle, WA |
| **HINES INTERESTS** | | |
| 10100 Santa Monica, Inc. | RGN-Los Angeles XIII, LLC | 10100 Santa Monica Boulevard, Suite 300, Los Angeles, CA |
| **JOHN HANCOCK REAL ESTATE** | | |
| Hancock REIT Proscenium LLC | HQ Global Workplaces, Inc. | 1170 Peachtree Street NE, Suite 1200, Atlanta, GA |
| John Hancock Life Insurance Company (U.S.A.) | RGN-Long Beach I, LLC | 111 W. Ocean Boulevard, Suite 400, Long Beach, CA |
| John Hancock Life Insurance Company (U.S.A.) | RGN-Irvine II, LLC | 17901 Von Karman Avenue, Suite 600, Irvine, CA |
| John Hancock Life Insurance Company (U.S.A.) | RGN-Newport Beach I, LLC | 5000 Birch Street, West tower, Newport Beach, CA |
| 200 South Wacker IL LLC | RGN-Chicago V, LLC | 200 South Wacker Drive, 31st Floor, Chicago, IL |
| **KILROY REALTY** | | |
| Kilroy Realty, L.P. | RGN-Bellevue VII, LLC | 10900 N.E. 4th Street, Suite 2300 & 2400, Bellevue, WA |
| Kilroy Realty, L.P. | RGN-Northwest, LLC | 601 108th Avenue NE, Suite 1900, Bellevue, WA |
| Kilroy Realty, L.P. | RGN-San Diego XV, LLC | 2305 Historic Decatur Road, Suite 100, San Diego, CA |
| KR Sunset Weho, LLC | RGN-West Hollywood I, LLC | 8560 W. Sunset Blvd., Suites 400 & 500, West Hollywood, CA |

| THE MULLER COMPANY | | |
|---|---|---|
| OC OET Owner, LLC | RGN-Orange I, LLC | 1100 Town & Country Road, Suite 1250, Orange, CA |
| Muller-SBOT, LLC | RGN-San Jose V, LLC | 3031 Tisch Way, San Jose, CA |
| 21515 Hawthorne Owner, LLC | RGN-Torrance I, LLC | 21515 Hawthorne Boulevard, Suite 200, Torrance, CA |
| **NY LIFE REAL ESTATE INVESTORS** | | |
| REEP-IMPIC OFC 24th Camelback AZ LLC | RGN-Phoenix VII, LLC | 2375 East Camelback Road, Suite 600, Phoenix, AZ |
| REEP-OFC 525 N Tryon NC LLC | RGN-Charlotte V, LLC | 525 N. Tryon Street, Suite 1600, Charlotte, NC |
| Madison-OFC Brickell FL, LLC | RGN-Miami VIII, LLC | 80 S.W. 8th Street, Bayview Suite 2000, Miami, FL |
| REEP-OFC Financial Center FL, LLC | RGN-Palm Beach Gardens I, LLC | 3801 PGA Boulevard, Suite 600, Palm Beach Gardens, FL |
| 3665 Mallory JV, LLC | RGN-Franklin III, LLC | 3401 Mallory Lane, Suites 100 & 200, Franklin, TN |
| MNCVAD II-Seagate Harbors, LLC | RGN-Sausalito II, LLC | 1 Harbor Drive, Suite 300, Sausalito, CA |
| MSVEF-FG WFC Property Owner LP | RGN-Tampa V, LLC | 100 S. Ashley Drive, Suite 600, Tampa, FL |
| Madison-OFC Weston Pointe FL, LLC | RGN-Weston I, LLC | 2200 N. Commerce Parkway, Suite 200, Weston, FL |
| **PACIFIC COAST CAPITAL PARTNERS** | | |
| 350 Rhode Island South Owner, LLC | RGN-San Francisco VI, LLC | 350 Rhode Island Street, Suite 220, San Francisco, CA |