**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of August, 2020, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served on the parties listed below by electronic mail.

Dated:  August 25, 2020                              /s/Karen C. Bifferato
                                                                      Karen C. Bifferato (DE 3279)


James F. Conlan, Esq.
Mike T. Gustafson, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
Email:  James.Conlan@faegredrinker.com
Mike.Gustafson@faegredrinker.com

Jay Jaffe, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
Email:  Jay.Jaffe@faegredrinker.com

Patrick A. Jackson, Esq.
Ian J. Bambrick, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
Email:  Patrick.Jackson@faegredrinker.com
Ian.Bambrick@faegredrinker.com