**FILED**
2020 AUG 24 AM 8: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

RGN-National Business Centers, LLC

Debtor.

Case No. 20-11962-BLS
Chapter 11

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002, the undersigned, as local counsel for 1100 Wilson Owner, LLC, a creditor in the above captioned bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

**1100 Wilson Owner, LLC**
c/o GREENSTEIN DELORME & LUCHS, P.C.
ATTN: Gwynne L. Booth, Esq. and
James D. Sadowski, Esq.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605
glb@gdllaw.com
jds@gdllaw.com

Date: August 20, 2020

Respectfully Submitted,

GREENSTEIN DELORME & LUCHS, P.C.

_____
Gwynne L. Booth, Esq., D.C. Bar No. 996112
James D. Sadowski, Esq., D.C. Bar No. 446635
1620 L Street, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 452-1400
Facsimile: (202) 452-1410
Email: glb@gdllaw.com, jds@gdllaw.com
*Counsel for 1100 Wilson Owner, LLC*

4829-7336-0584.v1

## CERTIFICATE OF SERVICE

On August 20, 2020, a copy of the foregoing Request for Notice was served by First Class U.S. Mail, postage prepaid, on:

Ian J. Bambrick, Esq.
Faegre Drinker Biddle & Reath
222 Delaware Avenue
Wilmington, DE  19801
*Counsel for Debtor*

FILED 2020 AUG 24  AM 8: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

_____
Gwynne L. Booth

2

4829-7336-0584.v1