UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RGN-GROUP HOLDINGS, LLC *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11961 (BLS)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, 100 Church Fee Owner, LLC, hereby appears in the above-captioned case by its counsel, STEMPEL, BENNETT CLAMAN & HOCHBERG, P.C.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

> STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
> 675 Third Avenue, 31st Floor
> New York, New York 10017
> Attn: Edmond P. O'Brien, Esq.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court for the District of Delaware, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District

355988.docx

Court for the District of Delaware withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
September 30, 2020

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
*Attorneys for 100 Church Fee Owner LLC*

By: *s/ Edmond P. O'Brien*
Edmond P. O'Brien (EO-5583)
675 Third Avenue, 31st Floor
New York, New York 10017
(212) 681-6500
(212) 681-4041 - fax

TO: All parties having appeared electronically

355988.docx